CHARLES S. COFFINBERRY and JOHN H. SEAWELL, Respondents, v. JOHNSON HORRILL and SARAH N. HORRILL, Appellants.

The rendition and entry of a judgment by the District Court at a time when there is no legal term of the Court, is error.

APPEAL from the District Court of the Seventh Judicial District, Napa County.

*Crocker & Robinson*, for Appellants.

*Boggs & Maupin*, for Respondents.

No briefs on file.

HEYDENFELDT, J., delivered the opinion of the Court. MURRAY, C. J., concurred.

The error relied upon is the rendition and entry of judgment at a time when there was no legal term of the District Court. This assignment is sustained by the record; so upon the authority of Smith v. Chichester, 1 Cal., 409, the judgment is reversed and the cause remanded.